Clerk of the Pro-Se
United States District Court
Southern District of New York
Daniel Patrick Monihan Courthouse
500 Pearl Street
New York, New York 10007

William Rodriguez,
Petitioner.

18-CV-11514 (LGS)(OTW)

Date. 10/20/2022

Dear Clerk:

Petitioner, William Rodriguez,
Respectfully requests, pursuant to Fed. R. Civ an up-dated Docket Sheet on the above cited - pending Section §2254 28 U.S.C (Habous Corpus)

Thank you.

Respectfully Submitted

William Rodriguez (14A1390)
Wende Correctional Facility
Wende Rd; P.O. Box 1187
Alden, New York 14004-1187
Regional - Medical - Unit.

CC: W.R./file.

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 25 PM 2:43

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: William Rodriguez  DIN: 14A1390
Regional Medical Unit

2022 OCT 25 PM 3
SDNY PRO SE OFFICE
RECV'D

NEOPOST
10/20/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL
ZIP 14004
041M11281621

WENDE
☆
CORRECTIONAL FACILITY

To: Clerk of the Pro-se office
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, NY, NY 10007

USMS SDNY

LEGAL-MAIL