```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
   WILLIAM RODRIGUEZ,                       :
                           Plaintiff,       :
                                            :        18 Civ. 11514 (LGS)
                -against-                   :
                                            :               ORDER
   STEWART T. ECKER,                        :
                           Defendant.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 27, 2023, Magistrate Judge Wang issued a Report and Recommendation regarding Plaintiff's petition pursuant to 28 U.S.C. § 2254.

WHEREAS, on February 27, 2023, a letter from Plaintiff dated February 12, 2023, docketed. That letter states that Plaintiff is suffering from a chronical medical illness and has been informed that he is in the end stages of life. It is hereby

**ORDERED** that Defendant shall submit a copy of Plaintiff's medical records to Schofield_NYSDChambers@nysd.uscourts.gov, no later than **March 6, 2023**.

Dated: February 28, 2023
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE